UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------X

MARK B. YONATY,
: Civil Case No. 3:04-CV-0605, FJS-DEP

  Plaintiff,

: **STIPULATION AND**
: **ORDER DISMISSING ACTION**

– against –

AMERADA HESS CORPORATION,

  Defendant.
----------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for all parties to the above-entitled action, that whereas no party hereto is an infant or incompetent, and no person not a party has an interest in the subject matter of the action, this action is hereby dismissed in its entirety, with prejudice, and without costs or fees to any party.

Dated: September 30, 2009

HINMAN, HOWARD & KATTELL, LLP

By: _____
Albert J. Millus, Jr. (102210)
700 Security Mutual Building
80 Exchange Street
P.O. Box 5250
Binghamton, New York 13902-5250
(607) 723-5341
amillus@hhk.com

*Attorneys for Plaintiff*

FRIEDMAN KAPLAN
SEILER & ADELMAN LLP

By: _____
Lance J. Gotko (509112)
1633 Broadway FL 46
New York, New York 10019
(212) 833-1100
lgotko@fklaw.com

*Attorneys for Defendant*

SO ORDERED.

_____
HON. FREDERICK J. SCULLIN, JR.
UNITED STATES DISTRICT JUDGE

9/30/09